USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ANDRE ABUCHAM,                             :
                           Plaintiff,      :
                                           :   07 Civ. 10623 (DLC)
              -v-                          :
                                           :   ORDER OF
CITIGROUP GLOBAL CAPITAL MARKETS, INC.     :   DISCONTINUANCE
and DARLENE OZERI,                         :
                           Defendants.     :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   IT IS FURTHER ORDERED that the conference scheduled for March 14, 2008 is adjourned sine die.

   SO ORDERED:

Dated:   New York, New York
         March 12, 2008

                                       _____
                                              DENISE COTE
                                       United States District Judge